PAUL S. AOKI               1286
Acting Corporation Counsel

TRACY S. FUKUI          7111
MITSUKO TAKAHASHI   9141
Deputies Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaiʻi 96813
Telephone: (808) 768-5236 / (808) 768-5111
Facsimile: (808) 768-5105
Email: tracy.fukui@honolulu.gov / mitsuko.takahashi@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
JONATHAN FRYE, DYLAN SHATTO,
MARVIN PARENGIT, AND BARBARA DELAFORCE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| IRIS SANCHEZ, individually, and as Successors in Interest to PEKELO SANCHEZ, deceased, individually,<br><br>        Plaintiffs,<br><br>  vs.<br><br>THE CITY AND COUNTY OF HONOLULU, a municipal corporation; OFFICER JONATHON FRYE; OFFICER DYLAN SHATTO; OFFICER MARVIN PARENGIT; OFFICER BARBARA DELAFORCE and DOES 1-10, Inclusive,<br><br>        Defendants. | CIVIL NO. CV19-00072 DKW/WRP<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES AND ORDER**<br><br><br><br><br><br>Trial Date: August 3, 2020. |

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## OF ALL CLAIMS AND PARTIES AND ORDER

Pursuant to Federal Rules of Civil Procedure Rule ("***FRCP***") 41(a)(1)(A)(ii) and Local Rule 41.1, Plaintiff IRIS SANCHEZ, individually, and as Successors in Interest to PEKELO SANCHEZ, deceased, individually ("***Plaintiff***"), by and through her attorneys, hereby stipulates that all remaining claims and parties in Plaintiff's First Amended Complaint are hereby DISMISSED WITH PREJUDICE. The City Defendants stipulate to withdrawing or refraining from filing the Motion for FRCP Rule 11 Sanctions that was served on Plaintiff on November 20, 2019, pursuant to FRCP Rules 5 and 11(c)(2).

All appearing parties have signed this stipulation and each party shall bear their own attorneys' fees and costs. As a result of this Stipulated Dismissal, this action is concluded *in toto*. No other claim and/or party remains.

DATED: Honolulu, Hawai'i, November 29, 2019.

    /s/ Aaron K. Wills
AARON K. WILLS
ERNESTO M. GANADEN
PETER LAURENCE CARR IV

Attorneys for Plaintiff
IRIS SANCHEZ, individually, and as Successors in Interest to PEKELO SANCHEZ, deceased, individually

---

*Iris Sanchez, et al. v. City and County of Honolulu, et al.* Civil No. CV19-00072 DKW/WRP; Stipulation for Dismissal With Prejudice of All Claims and All Parties and Order

DATED: Honolulu, Hawaiʻi, December 2, 2019.

          PAUL S. AOKI
          Acting Corporation Counsel

          By: /s/ Mitsuko Takahashi
              TRACY S. FUKUI
              MITSUKO TAKAHASHI
              Deputies Corporation Counsel

          Attorneys for Defendants
          CITY AND COUNTY OF HONOLULU,
          JONATHAN FRYE, DYLAN SHATTO,
          MARVIN PARENGIT, AND BARBARA
          DELAFORCE

APPROVED AND SO ORDERED.

DATED: December 3, 2019 at Honolulu, Hawaiʻi.



          /s/ Derrick K. Watson
          Derrick K. Watson
          United States District Judge

*Iris Sanchez, et al. v. City and County of Honolulu, et al.* Civil No. CV19-00072 DKW/WRP; Stipulation for Dismissal With Prejudice of All Claims and All Parties and Order